UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
§ CASE NO. 05-33342–H5-7
GMS Energy Services, L.P. §
§ (Chapter 7)
DEBTOR §

**MOTION TO PAY FUNDS INTO THE
REGISTRY OF THE COURT UNDER 11 U.S.C. §347(b)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**COMES NOW,** Janet S. Northrup, Trustee and files this Motion to Pay Funds into the Registry of the Court Under 11 U.S.C. §347(b) and would show unto the Court as follows:

The undersigned trustee reports the following:

__X__ 1. The dividend(s) payable to the creditor(s) listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

_____ 2. More than ninety (90) days have passed since the final distribution, and the dividend payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable and 11 U.S.C. §347(b), the undersigned Trustee requests authorization to pay small and/or unclaimed funds in the total amount shown on Exhibit "A" attached hereto for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 3041, et seq.).

Respectfully submitted,

 /s/ Janet S. Northrup
Janet S. Northrup, Trustee
Three Allen Center
333 Clay Street, 29th Floor
Houston, Texas 77002
(713) 328-2831 Telephone
(713) 759-6834 Fax
jln@hwa.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion served by U. S. mail, first class, postage prepaid, on the U. S. Trustee, 515 Rusk, Suite 3516, Houston, Texas 77002 on this 1st day of September, 2010.

/s/ Janet S. Northrup
Janet S. Northrup

**EXHIBIT "A"**

PLEASE CHECK ONE:

__X__        Small Dividends

_____        Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>P.O. Box 21125<br>Philadelphia, PA 19114 | 4 | $   3.97 |
| | TOTAL | $   3.97 |